**JUDGE DANIELS**

**08 CV 3579**

KILPATRICK STOCKTON LLP
Lisa Pearson (LP 4916)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorneys for Plaintiff EyeWonder, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



EYEWONDER, INC., a Delaware Corporation,

                Plaintiff,

    v.

JOHN ABRAHAM, an individual,

                Defendant.

08 Civ. _____

**RULE 7.1(a) STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff EyeWonder, Inc., by and through its undersigned counsel, hereby states that it has no parent company and further states that there are no publicly held corporations that own 10% or more of its stock.

Dated: New York, New York
        April 11, 2008

                                        KILPATRICK STOCKTON LLP

                                        By: _/s/ Lisa Pearson_
                                            Lisa Pearson (LP 4916)
                                            31 West 52nd Street, 14th Floor
                                            New York, NY 10019
                                            (212) 775-8700

                                            *Counsel for Plaintiff EyeWonder, Inc.*

US2000 10770711.1