UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
Eyewonder, Inc., :
:
               Plaintiff, :
: Index No. 08cv03579 (GBD)
    -against- :
: ECF
John Abraham. :
: NOTICE OF APPEARANCE
               Defendant. :
:
------------------------------------x

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for John Abraham in the above-entitled action. All further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

        K. Ann McDonald, Esq.
        Robinson & McDonald LLP
        61 Broadway, Suite 1415
        New York, New York 10006
        Tel.: (212) 953-3889
        Fax.: (212) 953-3690

Dated: New York, New York
       April 30, 2008

                                        Respectfully submitted,

                                        ROBINSON & McDONALD LLP

                                        By: _____
                                             K. Ann McDonald
                                        61 Broadway, Suite 1415
                                        New York, New York 10022
                                        Tel.: (212) 953-3400
                                        Fax: (212) 953-3690
                                        ann@robinsonmcdonald.com

TO: Lisa Pearson, Esq.
Kilpatrick Stockton LLP
31 West 52nd Street
14th floor
New York, New York  10029