**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

EYEWONDER, INC.,
a Delaware Corporation,

                  Plaintiff,

            -against-

JOHN ABRAHAM, an individual,

                Defendant.
------------------------------------------------------------------X

Case No. 08 CV 3579
(Judge Daniels)

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA      )
              S.S.
COUNTY OF LOS ANGELES   )

       JOHN GONZALEZ       , being duly sworn, deposes and says that he/she is over eighteen years of age, is an agent of the attorney service, DLS, INC., and is not party to this action.

       That on the 21st day of April, 2008, at approximately the time of 6:35 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF IN AID OF ARBITRATION; INDIVIDUAL PRACTICES OF JUDGE GEORGE B. DANIELS; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS; AND 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL upon JOHN ABRAHAM at 8328 Stewart Avenue, Los Angeles, CA, by personally delivering and leaving the same with ANN ABRAHAM, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked whether JOHN ABRAHAM is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       ANN ABRAHAM is a white female, in her 30's, stands approximately 5 feet 6 inches tall, weighs approximately 140 pounds with blond hair and brown eyes.

D.L.S., Inc.
101 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

 

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

That on the 22nd day of April, 2008, deponent served another copy of the foregoing upon JOHN ABRAHAM by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of Los Angeles and State of California, addressed as follows:


JOHN ABRAHAM
8328 Stewart Avenue
Los Angeles, CA 90045



PROCESS SERVER


State of California, County of Los Angeles
Subscribed and Sworn to (or affirmed) before me on
this 29th day of April, 2008 By
JOHN J. GONZALEZ, personally
known to me or proved to me on the basis of
satisfactory evidence to be the person(s) who
appeared before me.


NOTARY PUBLIC

JHA'NEE MARLENE CARTER
COMM. #1743388
Notary Public - California
Los Angeles County
My Comm. Expires May 4, 2011

D.L.S., Inc.
01 Broadway
te 510
NY, NY 10013
12-925-1220
www.dlsny.com