**KILPATRICK STOCKTON LLP**
Lisa Pearson (LP 4916)
31 West 52d Street, 14th Floor
New York, New York 10019
Phone: (212) 775-8700
Fax: (212) 775-8815



James F. Bogan III
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Phone: (404) 815-6467
Fax: (404) 541-3133

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EYEWONDER, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN ABRAHAM,<br><br>        Defendant. | Civil Action No. 08-3579 (GBD) (RLE) |

## ORDER FOR ADMISSION *PRO HAC VICE OF* JAMES F. BOGAN III ON WRITTEN MOTION

Upon the motion of Lisa Pearson attorney for Plaintiff Eyewonder, Inc.,

and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

    James F. Bogan III, Esq.
    **KILPATRICK STOCKTON LLP**
    1100 Peachtree Street, Suite 2800
    Atlanta, Georgia 30309-4530
    Phone: (404) 815-6467
    Fax: (404) 541-3133
    Email address: JBogan@kilpatrickstockton.com

US2008 46451 1

is admitted to practice *pro hac vice* as counsel for Plaintiffs, in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nys.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
       May ____, 2008
       MAY 0 8 2008

                                        SO ORDERED,

                                        _____
                                        U.S.D.J.
                                        HON. GEORGE B. DANIELS

US2008 46451 1