UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
EyeWonder, Inc.,                    :
                                    :
            Plaintiff,      :
                                    :   Index No. 08 CV 03579 (GBD)
   -against-                       :
                                    :   ECF
John Abraham.                       :
                                    :   NOTICE OF APPEARANCE
            Defendant.      :
                                    :
------------------------------------x

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for John Abraham in the above-entitled action. All further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

        Jayne S. Robinson, Esq.
        Robinson & McDonald LLP
        61 Broadway, Suite 1415
        New York, New York 10006
        Tel.: (212) 953-3889
        Fax.: (212) 953-3690
        jayne@robinsonmcdonald.com

Dated: New York, New York
       May 9, 2008

                              Respectfully submitted,

                              ROBINSON & McDONALD LLP

                              By: _____
                                 Jayne S. Robinson
                              61 Broadway, Suite 1415
                              New York, New York 10022
                              Tel.: (212) 953-3400
                              Fax: (212) 953-3690