UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EYEWONDER, INC.,

      Plaintiff,

  v.

JOHN ABRAHAM,

      Defendant.
------------------------------------------------------------x

No. 08 CV 3579 (GBD)

ECF Case

**NOTICE OF SUBSTITUTION OF COUNSEL**

  The undersigned hereby consent to the substitution of Littler Mendelson, P.C. as attorneys for defendant John Abraham, replacing Robinson & McDonald, LLP, in the above captioned action.

Dated: New York, New York
   May 9, 2008

| LITTLER MENDELSON, P.C. | ROBINSON & McDONALD, LLP |
|---|---|
| By: *(signature)* <br> Joel L. Finger <br> 900 Third Avenue, 20th Floor <br> New York, New York 10022 <br> (212) 497-8485 Phone <br> (212) 832-2719 | By: *(signature)* <br> Jayne S. Robinson <br> 61 Broadway, Suite 1415 <br> New York, New York 10006 <br> (212) 953-3400 Phone <br> (212) 953-3690 Fax |