UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
                                          :

EYEWONDER, INC.,                    :
                                          :   No. 08 CV 3579 (GBD)
                 Plaintiff,      :
                                          :   ECF Case
      v.                                :
                                          :   **NOTICE OF MOTION**
JOHN ABRAHAM,                   :   **TO EXTEND**
                                          :   **DEFENDANT'S TIME**
                 Defendant.     :   **TO RESPOND TO THE**
                                            :   **COMPLAINT**
                                            :
---------------------------------x

      PLEASE TAKE NOTICE that, upon the attached Affidavit of Eric D. Witkin and upon the pleadings and other documents in the Court's file, at a date and time to be fixed by the Court, the undersigned attorneys for Defendant John Abraham ("Defendant"), Littler Mendelson, P.C., will move the Court for an order pursuant to Rule 6(b) of the Federal Rules of Civil Procedure granting Defendant an additional thirty (30) days (from May 12, 2008 through and including June 11, 2008) in which to respond to the Complaint herein.

Dated: New York, New York
       May 12, 2008

LITTLER MENDELSON, P.C.

By: _____
   Joel L. Finger
   Eric D. Witkin
   900 Third Avenue, 20th Floor
   New York, New York 10022
   (212) 497-8485 Phone
   (212) 832-2719