UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
EYEWONDER, INC.,

                Plaintiff,

    v.

JOHN ABRAHAM,

                Defendant.
------------------------------------x

No. 08 CV 3579 (GBD)

ECF Case

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2008, I served the foregoing Notice of Motion to Extend Defendant's Time to Respond to the Complaint, with supporting Affidavit of Eric D. Witkin and exhibits thereto, by filing it electronically with the Clerk of the above-captioned Court using its CM/ECF systems, upon:

Lisa Pearson
Kilpatrick Stockton LLP
31 West 52nd Street, 14th Floor
New York, NY 10019

and

James F. Bogan, III
Kilpatrick Stockton LLP (GA)
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Attorneys for Plaintiff.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed this 12th day of May 2008, in New York, New York

                              /s/ Anna Maria Loiacono
                              Anna Maria Loiacono