UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EYEWONDER, INC.,

                      Plaintiff,   :   No. 08 CV 3579 (GBD)

    v.   :   ECF Case

JOHN ABRAHAM,   :   **NOTICE OF APPEAL**

                      Defendant.
------------------------------------------------------------x

Notice is hereby given that, pursuant to 28 U.S.C. § 1292(a)(1), John Abraham, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision And Order granting Plaintiff's motion for a preliminary injunction (copy attached hereto) entered in this action on the 9th day of June, 2008.

Dated: New York, NY
          June 16, 2008

                                          LITTLER MENDELSON, P.C.

                                          By: _____
                                             Joel L. Finger
                                        900 Third Avenue, 20th Floor
                                        New York, NY 10022
                                        212-583-9600
                                        Attorneys for Defendant-Appellant John Abraham

TO:   Lisa Pearson, Esq.
       Kilpatrick Stockton LLP
       31 West 52nd Street, 14th Floor
       New York, NY 10019
           and
       James F. Bogan, III, Esq.
       Kilpatrick Stockton LLP (GA)
       1100 Peachtree Street, Suite 2800
       Atlanta, GA 30309
       Attorneys for Plaintiff EyeWonder, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

EYEWONDER, INC.,

               Plaintiff,

    v.

JOHN ABRAHAM,

               Defendant.

------------------------------------------------x

No. 08 CV 3579 (GBD)

ECF Case

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2008, I served the foregoing Notice of Appeal by Defendant John Abraham by First Class Mail upon:

Lisa Pearson
Kilpatrick Stockton LLP
31 West 52nd Street, 14th Floor
New York, NY 10019

and

James F. Bogan, III
Kilpatrick Stockton LLP (GA)
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Attorneys for Plaintiff.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed this 16th day of June 2008, in New York, New York

                                                  _____
                                                  Rosa Grana