

**KILPATRICK STOCKTON LLP**
Attorneys at Law



USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 8 2008

Suite 2800 1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500 f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 815 6467
direct fax 404 541 3133
JBogan@KilpatrickStockton.com

July 15, 2008

**VIA FACSIMILE (212) 805-6737**

The Honorable George B. Daniels
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**

*George B. Daniels*
**HON. GEORGE B. DANIELS**
JUL 1 8 2008

Re: *EyeWonder, Inc. v. John Abraham*, No. 08 Civ. 3579 (GBD) (RLE)

Dear Judge Daniels:

    We represent EyeWonder, Inc. ("EyeWonder"), the plaintiff in this case.

    Counsel for the parties are in agreement and respectfully submit to Your Honor that the initial pretrial conference scheduled for tomorrow (Wednesday, July 16) at 9:30 a.m. should be postponed.

    On June 9, 2008, the Court entered its Memorandum Decision and Order, granting EyeWonder a preliminary injunction in aid of arbitration. On June 16, 2008, Defendant John Abraham appealed the Court's decision to the United States Court of Appeals for the Second Circuit.

    Additionally, last week, on July 10, 2008, EyeWonder moved to dismiss the counterclaims asserted by Mr. Abraham in this case, on the ground that those counterclaims should be resolved in the arbitration proceeding that is currently pending between the parties.

    Given the procedural posture of this case, counsel for the parties are in agreement that the initial pretrial conference scheduled for tomorrow should be postponed. This afternoon, I contacted your chambers by telephone and spoke to your law clerk about this, and she agreed that, under the circumstances of this case, the initial pretrial conference should be postponed, and that I should send a letter to the Court confirming that the conference will be taken off of tomorrow's calendar.

The Honorable George B. Daniels
May 9, 2008
Page 2

    If the Court should have any further questions or comments about this, please do not hesitate to contact me.

                                          Best regards,

                                          James F. Bogan III

Copy: Joel L. Finger (by e-mail)

US2008 3752721 1