```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 22 2008
```

LITTLER MENDELSON, P.C.
Joel L. Finger
900 Third Avenue 20th Floor
New York, NY 10022
Telephone: 212-583-9600
Attorneys for Defendant John Abraham

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
EYEWONDER, INC.,

      Plaintiff,

      v.

JOHN ABRAHAM,

      Defendant.
------------------------------------------------------------ X

No. 08 CV 3579 (GBD)
"ECF CASE"

STIPULATION AND ORDER ADJOURNING
DEFENDANT'S TIME TO RESPOND TO
MOTION TO DISMISS COUNTERCLAIMS

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys for the parties, that the time in which Defendant John Abraham may respond to the July 10, 2008 Motion of Plaintiff EyeWonder, Inc. to Dismiss Defendant's Counterclaims is hereby adjourned from July 24, 2008 to and including August 4, 2008.

Dated: New York, New York
      July 16, 2008

KILPATRICK STOCKTON LLP

By: _____
    James F. Bogan III
1100 Peachtree St., Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500
Attorneys for Plaintiff EyeWonder, Inc.

LITTLER MENDELSON P.C.

By: _____
    Joel L. Finger
900 Third Avenue, 20th Floor
New York, NY 10022
(212) 583-9600
Attorneys for Defendant John Abraham

SO ORDERED:

_____
George B. Daniels
U.S.D.J.
**HON. GEORGE B. DANIELS**

Date: JUL 22 2008