

**KILPATRICK STOCKTON** LLP

Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

June 5, 2008

direct dial 404 815 6467
direct fax 404 541 3133
JBogan@KilpatrickStockton.com

# FAX

| RECIPIENT/<br>PHONE NO. | FAX NO. | COMPANY/<br>CITY, STATE, COUNTRY |
|---|---|---|
| Hon. George B. Daniels<br>(212) 805-6735 | (212) 805-6737 | U.S.D.Ct., S.D.N.Y.<br>New York, New York |
| Joel L. Finger<br>(212) 497-8485 | (646) 417-6793 | Littler Mendelson<br>New York, New York |

James F. Bogan III
FROM

13
PAGES (WITH COVER)

3684
REFERENCE NO

41358/356597
CLIENT/MATTER NO.

**PLEASE CALL 404 815 6497 IF YOU HAVE DIFFICULTY WITH THIS TRANSMISSION.**

**CONFIDENTIALITY NOTE:**
The information contained in this fax message is being transmitted to and is intended for the use of the individual named above. If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copy of this fax is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone and destroy this fax message.

**COMMENTS**

As authorized by Chambers this morning, I am faxing a copy of my May 22, 2008 letter to the court.

In accordance with the Court's Individual Practices, we contacted the Court on May 22 for permission to fax this letter, which exceeds 5 pages (in addition to the 5-page letter, there is also a 7-page proposed order). The Court directed us to mail the letter. Accordingly, we sent the letter by regular mail, copying opposing counsel by regular mail. Yesterday (June 4), opposing counsel contacted us and stated that they had not received our May 22 letter. We immediately forwarded an electronic copy (.pdf) of the letter to opposing counsel. This morning, we informed the Court that opposing counsel had not received the service copy of the letter and sought to determine if the Court received the original of the letter. We will call back later this morning to confirm whether the Court previously had received the May 22 letter.

Thank you for your attention to this matter. We apologize for any inconvenience. Regards, Jay Bogan

**TO BE COMPLETED BY KS OPERATIONS CENTER**

TRANSMISSION RECEIPT DATE/TIME: _____

COMPLETED BY: _____    JOB CODE _____

US2008 314291.1

ATLANTA  AUGUSTA  CHARLOTTE  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM