JOEL L. FINGER
ERIC D. WITKIN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
    John Abraham
900 Third Avenue, 20th Floor
New York, NY 10022
212.583.9600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EYEWONDER, INC., | Civil Action No. 08 CV 3579 (GBD) |
| Plaintiff, | **NOTICE OF DEFENDANT'S CROSS-MOTION FOR A STAY OF ARBITRATION** |
| -against- | |
| JOHN ABRAHAM, | <u>**ECF CASE**</u> |
| Defendant. | **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Opposition to Plaintiff's Motion to Dismiss Defendant's Counterclaims and in Support of Defendant's Cross-Motion for A Stay of Arbitration, upon the attached Affidavit of Eric D. Witkin (1) in Opposition to Plaintiff's Motion to Dismiss Counterclaims and (2) in Support of Defendant's Cross-Motion for a Stay of Arbitration and the exhibits thereto, and upon all of the pleadings and proceedings herein, Defendant John Abraham ("Defendant), by his attorneys Littler Mendelson, P.C., will cross-move this Court before the Honorable George B. Daniels, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15D, New York, NY 10007, on a date and at a time to be designated by this Court, for an Order pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 2 and 4 staying the Arbitration initiated by Plaintiff against Defendant, American Arbitration Association ("AAA") No. 30 116 00331 08 entitled

*EyeWonder, Inc. and John Abraham* ("Arbitration"), in which the AAA has scheduled a preliminary hearing for August 4, 2008.

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's Local Civil Rule 6.1(b), Plaintiff's papers, if any, in opposition to this Cross-Motion are due to be served and filed within ten business days of the service of this Notice.

WHEREFORE, Defendant prays the Court for an Order as follows:

1. Denying Plaintiff's motion to dismiss Defendant's counterclaims;
2. Granting Defendant's cross-motion to stay the Arbitration; and
3. Granting to Defendant such other relief as this Court deems just and proper.

Date: August 4, 2008
New York, New York

LITTLER MENDELSON, P.C.

By: _/s/ Eric D. Witkin_
Joel L. Finger
Eric D. Witkin
900 Third Avenue, 20th Floor
New York, NY 10022
212.583.9600

Attorneys for Defendant
John Abraham

TO: **KILPATRICK STOCKTON LLP**
Lisa Pearson
31 West 52nd Street, 14th Floor
New York, NY 10019

James F. Bogan III
*Admitted pro hac vice*
Suite 2800, 1100 Peachtree Street
Atlanta, Georgia 30309

*Counsel for Plaintiff EyeWonder, Inc.*