## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Defendant's Cross-Motion With Supporting Affidavit of Eric D. Witkin with Exhibits was served via Federal Express Next Business Day Delivery and the Court's electronic filing system upon the following:

> James F. Bogan, III, Esq.
> Kilpatrick Stockton, LLP
> 1100 Peachtree Street
> Suite 2800
> Atlanta, Georgia 30309
> jbogan@kilpatrickstockton.com

On this 4th day of August, 2008.

>                    /s/
> Anna Maria Loiacono