ORIGINAL



| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR<br>THE SOUTHERN DISTRICT OF NEW YORK | DOCUMENT # |
| | Date: **August 15, 2008** |
| EYEWONDER, INC. | |
| | U.S.C.A.# **08-3060-CV** |
| v. | |
| | U.S.D.C.# **08-CV-3579** |
| ABRAHAM | |
| | D.C. JUDGE: **GEORGE B. DANIELS** |

### Notice To The Docket Clerk



(  ) Original Record          (xxx) 2nd Supplemental Record

The record in the above-entitled case was indexed to the U.S.C.A. for the Second Circuit on the 15th day of August, 2008.

COPY

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Date: <u>August 15, 2008</u> |

---

EYEWONDER, INC.

v.

ABRAHAM

---

U.S.C.A.# **08-3060-CV**

U.S.D.C.# **08-CV-3579**

D.C. JUDGE: GEORGE B. DANIELS

## 2ND SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL

**Prepared by (Name)**   Kevin Brown
**Firms name:**   Counsel Press LLC
                 c/o McCarter & English
**Firms address:**   520 Eighth Avenue, 8th Floor
                     New York, New York 10018
**Firms Phone Number:**   212-685-9800

**DISTRICT COURT DOCKET ENTRIES**
**DOCUMENT DESCRIPTION**                                               **DOC.#**

1) Transcript                                                            16
2)
3)
4)
5)
6)

COPY

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

Date: <u>August 15, 2008</u>

EYEWONDER, INC.

v.

ABRAHAM

U.S.C.A.# <u>08-3060-CV</u>

U.S.D.C.# <u>08-CV-3579</u>

D.C. JUDGE: GEORGE B. DANIELS

## 2nd Supplemental Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered <u>1</u> Through <u>38</u>, inclusive, constitutes the 1st supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 15th Day of August In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233rd year.

J. Michael McMahon

By _____
    Deputy Clerk

COPY

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

Date: <u>August 15, 2008</u>

EYEWONDER, INC.

v.

ABRAHAM

U.S.C.A.# <u>08-3060-CV</u>

U.S.D.C.# <u>08-CV-3579</u>

D.C. JUDGE: GEORGE B. DANIELS

## Extract Of Docket Entries

| Date | Document Description |
|---|---|
| 06/03/2008 | Transcript |

J. Michael McMahon, Clerk

By: _____
Deputy Clerk