



August 28, 2008

Eric D. Witkin
Direct: 212.497.8487
Facsimile: 646.417.7546
ewitkin@littler.com

**BY FACSIMILE & FIRST CLASS MAIL**

Hon. George B. Daniels
United States District Court
500 Pearl Street, Room 630
New York, NY 10007

Facsimile No.: (212) 805-6737

**SO ORDERED**

*[signature]*
HON. GEORGE B. DANIELS

AUG 2 8 2008

Re: *EyeWonder, Inc. v. John Abraham* (USDC SDNY - No. 08 CV 3579)

Dear Judge Daniels:

We are counsel to Defendant John Abraham. On Defendant's behalf, we request that the Court extend for three days, from September 2, 2008 to and including September 5, 2008, the time in which Defendant Abraham may serve and file his reply papers in support of his August 4, 2008 Cross-Motion for a Stay of Arbitration.

Plaintiff EyeWonder, Inc.'s attorney, James F. Bogan III, has authorized me to state that he consents to this extension request. There has been no prior request for this relief. Thank you for your consideration.

Respectfully,

*[signature]*
Eric D. Witkin

EDW/sh

cc: James F. Bogan III, Esq. (by facsimile & mail)

littler.com